1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5065
7     Fax: (408)-535-5066
      E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                           SAN JOSE DIVISION


   UNITED STATES OF AMERICA,              ) No. 13-CR-00798-RMW
                                          )
         Plaintiff,                       ) STIPULATION AND [] ORDER
                                          ) CHANGING STATUS HEARING FROM
      v.                                  ) OCTOBER 20, 2014, AT 9:00 A.M. TO
                                          ) NOVEMBER 17, 2014 AT 9:00 A.M. AND
   ARTURO CUEVAS-QUEZADAZ,                ) EXCLUDING TIME FROM OCTOBER 20, 2014
                                          ) TO NOVEMBER 17, 2014
         Defendant.                       )
                                          )
                                          )
                                          )
                                          )
                                          )

        Defendant Arturo Cuevas-Quezadaz, represented by Robert Lyons, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the October 20, 2014, status hearing in the above-captioned matter **as to this defendant only** be rescheduled to November 17, 2014, at 9:00 a.m., and that a time exclusion order be issued that would exclude time under the Speedy Trial Act from October 20, 2014, to November 17, 2014, to permit these parties the reasonable time necessary for effective preparation.  The reason for the request to change the status date is that, while most of the discovery has been completed, defense counsel needs additional

STIPULATION AND []
ORDER CHANGING STATUS HEARING
                                    1

time to review the large volume of material that has been produced. Also the parties need additional time to work on negotiated dispositions.

SO STIPULATED:

Dated: October 17, 2014                    /s/
                                           Thomas A. Colthurst
                                           Assistant United States Attorney


                                           /s/
                                           Robert W. Lyons, Esq.
                                           Counsel for Defendant ARTURO CUEVAS-QUEZADAZ


ORDER

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case for Defendant Arturo Cuevas-Quezadaz be rescheduled from October 20, 2014, at 9:00 a.m. to November 17, 2014, at 9:00 a.m.

For good cause shown, the Court further finds that failing to exclude the time between October 20, 2014, and November 17, 2014, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between October 20, 2014 and November 17, 2014, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between October 20, 2014, and November 17, 2014, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 32139136

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Judge

STIPULATION AND []
ORDER CHANGING STATUS HEARING

2