1  **ROBERT W. LYON** (SBN 45548)
   LAW OFFICES OF ROBERT W LYONS
2  295 West Winton Avenue
   Hayward, CA 94554
3  Tel: (510) 782-6161
   Fax: (510) 782-3519
4
   Attorney for Defendant
5  ARTURO CUEVAS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 13-OO798-RMW |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| vs. ) | **STATUS HEARING** |
| ARTURO CUEVAS, ) | **AND [PROPOSED] ORDER** |
| Defendant, ) | |

    Defendant ARTURO CUEVAS is presently scheduled for change of plea on January 12, 2015, at 9:00 a..m.  The Assistant United States Attorney assigned to this matter, Tom Colthurst, has no objection to continuing this matter for change of plea to February 9, 2015, at 9:00 a.m.

    Plea negotiations between the Government and Cuevas have resulted in a written plea agreement that has been delivered to me just prior to the Christmas holidays. Due to my previously planned vacation schedule, I have been unable to discuss fully this offer with my client, who is in custody. Both parties believe that we will finalize the plea agreement and be prepared to enter a change of plea by the date requested, February 9, 2015.

    Accordingly, the parties stipulate that the hearing presently scheduled for January 12, 2015, at 9:00 a.m., take place instead on February 9, 2015, at 9:00 a.m.

  Time has previously been excluded through January 12, 2015, from the Speedy Trial Act calculations for effective preparation of counsel. Both parties join in the request to further exclude time from the Speedy Trial Act again for effective preparation of counsel to the date of

February 9, 2015, at 9:00 a.m. pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

It is so stipulated.

Dated: January 8, 2015                             /s/                        
                                                   Robert Lyons
                                                   Attorney for Aruro Cuevas

Dated: January 8, 2015                             /s/                        
                                                   Tom Colthurst
                                                   Assistant United States Attorney

### [PROPOSED] ORDER

For the reasons stated in the Stipulation to Continue Change of Plea Hearing, and for good cause shown, the Court continues the change of plea hearing with respect to the defendant ARTURO CUEVAS which is currently set for January 12, 2015, at 9:00 a.m., to take place instead on February 9, 2015, at 9:00 a.m.

DATED: __FEJĐÍ_____

_____
HONORABLE RONALD M. WHYTE
United States District Judge

2