ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161
Facsimile (510) 782-3519

Attorney for Defendant
Arturo Cuevas Quezadz

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 13-CR-00798-RMW |
| Plaintiff, ) ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. ) ) | |
| ARTURO CUEVAS QUEZADAZ, ) ) | |
| Defendant. ) | |

The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current sentencing hearing date of Monday, April 27, 2015 be continued until Monday, June 1, 2015. The reason for this continuance is that the government has filed a sentencing memorandum that presents issues that required clarification and addressing by defense counsel prior to the sentencing hearing

    For the factual reason above, the parties agree that the sentencing hearing currently scheduled for April 27, 2015 be continued to June 1, 2015.

Date: April 24, 2015

                                     /s/Robert W. Lyons_____

                                     Robert W. Lyons
                          Attorney for Arturo Cuevas Quezadaz

Date: April 24, 2015                         /s/ Thomas A. Colthurst_____
                                          Thomas A. Colthurst
                              Assistant United States Attorney

**IT IS SO ORDERED.**

Date: _____

_Ronald M. Whyte_
Honorable Ronald M. Whyte
United States District Judge

**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** - 2