1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7223
       FAX: (415) 436-7234
8      tom.colthurst@usdoj.gov

   Attorneys for United States of America

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION

   UNITED STATES OF AMERICA,          )  CASE NO. 13-CR-00798-RMW
                                      )
          Plaintiff,                  )
                                      )  STIPULATION AND [] ORDER
       v.                             )  CONTINUING HEARING DATE
                                      )
   ARTURO CUEVAS-QUEZADAZ,            )
                                      )
          Defendant.                  )
   _____)

       The defendant ARTURO CUEVAS-QUEZADAZ, represented by Robert Lyons, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for June 1, 2015, be continued to June 29, 2015.

       No other defendants are affected by this request. The parties are requesting that this sentencing hearing be reset to June 29, 2015, because counsel for the defendant has a schedule conflict on the current date.

   SO STIPULATED:

   ////

1  Dated: May 26, 2015                    /S/
2                                          Thomas A. Colthurst
                                           Assistant United States Attorney
3

4  Dated: May 26, 2015                    /S/
5                                          Robert Lyons, Esq.
                                           Attorney for Defendant
6

7      Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing
8  for *United States v. ARTURO CUEVAS-QUEZADAZ*, scheduled for June 1, 2015, is continued to June
9  29, 2015, at 9:00 a.m.

10

11 DATED:  [illegible]                     *Ronald M. Whyte*
12                                          THE HONORABLE RONALD M. WHYTE
                                           United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28